IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>RICHARD BRANDON FRANK, an individual; SARAH FRANK, an individual; SMR LLC, a Utah Limited Liability Company; and Richard Brandon Frank, doing business as: SMR, LLC, as Trustee of the 64K Trust, dated the 15th of January, 2015; SMR, LLC, as Trustee of the CA Trust, dated January 5, 2015; SMR, LLC, as Trustee of the SB Trust dated December 29, 2014; SMR, LLC, as Trustee of the E-36 Trust, dated July 15, 2015; SMR, LLC, as trustee of the LR Trust, dated January 22, 2015; and SMR, LLC, as Trustee of the LAM 5 Trust, dated February 2, 2015,<br><br>DefendantD. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00706-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice.

DATED this 17$^h$ day of December, 2024.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge

1